**Order entered October 23, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-15-00779-CV

---

**CAS, LTD, Appellant**

**V.**

**TM AVIATION PARTNERS, LP, TM AVIATION ENTERPRISES, LLC, AND
TIMOTHY THOMPSON, Appellees**

---

**On Appeal from the County Court at Law No. 4
Collin County, Texas
Trial Court Cause No. 004-01101-2014**

---

## ORDER

Because a complete copy of the reporter's record was not filed until October 20, 2015, appellant's brief is not due until November 19, 2015. *See* TEX. R. APP. P. 38.6(a). Accordingly, we **DENY** as moot appellant's October 22, 2015 second motion seeking to extend the time to file its brief to November 19th.

/s/    CRAIG STODDART
           JUSTICE